*Smelser et al., Petitioners, v. Paul et al., Respondents*, No. 93076-7. Petition for review of a decision of the Court of Appeals, No. 73964-6-I, April 4, 2016, 193 Wn. App. 1014. *Granted* August 31, 2016.

*State, Respondent, v. Childs, Petitioner*, No. 93101-1. Petition for review of a decision of the Court of Appeals, Nos. 32587-3-III and 32588-1-III, March 17, 2016, 193 Wn. App. 1001. *Granted on a specific issue* and *remanded* to the superior court August 31, 2016.

*State, Respondent, v. Armstrong, Petitioner*, No. 93119-4. Petition for review of a decision of the Court of Appeals, No. 72331-6-I, February 29, 2016, 192 Wn. App. 1049. *Granted* August 31, 2016.

*State, Respondent, v. Garoutte, Petitioner*, No. 92797-9. Petition for review of a decision of the Court of Appeals, No. 32559-8-III, January 26, 2016, 192 Wn. App. 1029. *Denied* August 31, 2016.

*JZK, Inc., Respondent, v. Coverdale, Petitioner*, No. 92803-7. Petition for review of a decision of the Court of Appeals, No. 46465-9-II, January 19, 2016, 192 Wn. App. 1022. *Denied* August 31, 2016.

*State, Respondent, v. Kirby, Petitioner*, No. 93000-7. Petition for review of a decision of the Court of Appeals, No. 46787-9-II, March 8, 2016, 192 Wn. App. 1068. *Denied* August 31, 2016.

*State, Respondent, v. Sakawe, Petitioner*, No. 93001-5. Petition for review of a decision of the Court of Appeals, No. 72960-8-I, February 29, 2016, 192 Wn. App. 1052. *Denied* August 31, 2016.